# LAW OFFICES OF JOHN J. MARTIN

John J. Martin, Esquire*

Kimberly D. Martin, Esquire

* Also Member MD Bar

1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Fax No. (570) 253-6988
email address: jmartin@martin-law.net

Stroudsburg Office:
530 Main St.
Stroudsburg, PA 18360
(570) 426-1426

February 23, 2009

U.S. Bankruptcy Court
Middle District of Pennsylvania
197 South Main Street
Wilkes-Barre, PA 18701

RE: **Benchmark Advertising, Inc.**
**Ch 7 bankruptcy Case No. 5-04-55949**

Dear sir/madam:

Enclosed please find check #154 drawn in the amount of $1,158.37 which represents the unclaimed funds for claim #36 in regard to the above referenced case.

Claim No. 36 was filed by WKAB-FM with a last known address and telephone number as follows:

> Four M. Broadcasting, Inc.
> Third & Pine Street
> Berwick, PA 18603
> (570) 759-3570

Should you require anything further, please do not hesitate to contact this office.

Sincerely,

Brandy R. Freiermuth
Legal Asst. To
John J. Martin, CH 7 Trustee

Enc.